UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND UNITED STOCKGROWERS OF AMERICA; SOUTH DAKOTA STOCKGROWERS ASSOCIATION; FARM AND RANCH FREEDOM ALLIANCE; KENNY and ROXIE FOX; RICK and THERESA FOX; and TRACY and DONNA HUNT, d/b/a THE MW CATTLE COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS VILSACK, in his official capacity as Secretary of Agriculture; ANIMAL AND PLANT HEALTH INSPECTION SERVICE; MICHAEL WATSON, in his official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>Defendants, | 5:24-cv-05085-ECS<br><br>**ADMISSION OF SERVICE** |

Pursuant to Federal Rule of Civil Procedure 4(i)(1)(A), service of the Summons and Complaint upon the United States Attorney for the District of South Dakota is hereby admitted by receipt of a copy thereof at Sioux Falls, South Dakota, on November 5, 2024. In accordance with Fed. R. Civ. P. 12(a)(2), defendant's response is due within 60 days.

_/s/ Diana Ryan_
Signature

Chief, Civil Division
Relationship to Entity/Authority
to Receive Service of Process

_11-6-2024_
Date of Signature