UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND UNITED STOCKGROWERS OF AMERICA, *et al.* | |
| *Plaintiffs,* | |
| v. | Civil Action No. 24-05085 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.* | |
| *Defendants.* | |

**JOINT MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**

Following the Court's September 30, 2025 Order on Defendants' Motion to Dismiss, ECF No. 31, the parties conferred about a schedule in this Administrative Procedure Act ("APA") case in an attempt to resolve this matter as efficiently and expeditiously as possible. Plaintiffs do not intend to amend their complaint at this time, and the parties agree that this APA matter is suitable for resolution based on the complete administrative record and cross-motions for summary judgment. They therefore jointly propose and request that the Court enter the following briefing schedule:

- **Production of the Administrative Record:** January 22, 2026

- **Plaintiffs' Motion for Summary Judgment:** March 5, 2026

- **Defendants' Opposition and Cross-Motion for Summary Judgment:** April 16, 2026

- **Plaintiffs' Opposition and Reply:** May 7, 2026

- **Defendants' Reply:** May 28, 2026

Because the parties agree that this case is suitable for resolution on cross-motions for summary judgment, Defendants request that any further obligation to answer the complaint be extended until

30 days after the Court resolves the parties' summary judgment motions, if necessary. The parties appreciate the Court's consideration.

Dated: December 9, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Civil Division, Federal Programs Branch

_/s/ Taylor Pitz_
TAYLOR PITZ
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 305-5200
E-mail: taylor.n.pitz@usdoj.gov

_Counsel for Defendants_

RICHARDSON, WYLY, WISE, SAUCK
& HIEB, LLP

By /s/  Jack H. Hieb
        **Attorneys for Plaintiffs**

Post Office Box 1030
Aberdeen, SD 57402-1030
Telephone No: (605) 225-6310
E-mail: JHieb@rwwsh.com

_~and~_

Kara M. Rollins*
John J. Vecchione*
New Civil Liberties Alliance
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203

Tel: (202) 869-5210
Fax: (202) 869-5238
kara.rollins@ncla.legal
john.vecchione@ncla.legal
*Admitted *Pro Hac Vice*