# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND UNITED STOCKGROWERS OF AMERICA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*<br><br>*Defendants*. | Civil Action No. 24-05085 |

## NOTICE OF PRODUCTION OF THE ADMINISTRATIVE RECORD

Per the Court's Order Granting Joint Motion for Summary Judgment Briefing Schedule, ECF No. 33, Defendants have produced the complete certified administrative record via electronic file transfer to Plaintiffs. Because of file size constraints, Defendants have not filed the administrative record on the public docket for this case, but if requested, Defendants stand ready to provide the Court with a copy of the record by any preferred means.

Dated: January 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSPEH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Taylor Pitz*
TAYLOR PITZ
CA Bar No. 332080

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendants*