# Exhibit 4

Email (Feb. 16, 2022)
"FW Use of Electronic Identification Eartags as Official Identification in
Cattle and Bison"
AR-000042–43

| | |
|---|---|
| **From:** | Brown, Ruth - OCIO-IRMC, Washington, DC |
| **Sent time:** | 02/16/2022 03:07:17 PM |
| **To:** | Poe, Michael - OBPA, Washington, DC <michael.poe@usda.gov> |
| **Cc:** | Harrell, Levi - OCIO-CIO, Washington, DC <Levi.Harrell@usda.gov> |
| **Subject:** | FW: Use of Electronic Identification Eartags as Official Identification in Cattle and Bison |
| **Attachments:** | 21-020-1 Significant Clearance.pdf |

Hi Mike,

Attached is the signed clearance sheet from OCIO.

Thanks

Ruth

---

**From:** Washington, Gary S - OCIO-CIO, Washington, DC <gary.s.washington@usda.gov>
**Sent:** Wednesday, February 16, 2022 2:53 PM
**To:** Bruns, Judith - OCIO-CIO, Grand Forks, ND <judith.bruns@usda.gov>
**Cc:** Brown, Ruth - OCIO-IRMC, Washington, DC <Ruth.Brown@USDA.gov>
**Subject:** RE: Use of Electronic Identification Eartags as Official Identification in Cattle and Bison


Gary Washington
U.S. Dept of Agriculture
Chief Information Officer
Senior Agency Official Privacy
Office of Chief Information Officer
202-720-8833
1400 Independence Ave. SW
Washington, DC 20250

---

**From:** Bruns, Judith - OCIO-CIO, Grand Forks, ND <judith.bruns@usda.gov>
**Sent:** Wednesday, February 16, 2022 2:31 PM
**To:** Washington, Gary S - OCIO-CIO, Washington, DC <gary.s.washington@usda.gov>
**Cc:** Bruns, Judith - OCIO-CIO, Grand Forks, ND <judith.bruns@usda.gov>; Brown, Ruth - OCIO-IRMC, Washington, DC <Ruth.Brown@USDA.gov>
**Subject:** FW: Use of Electronic Identification Eartags as Official Identification in Cattle and Bison
**Importance:** High

Sir,

Please review and if approved sign, and return to me for action.

Thank you.

Warm Regards,

Judi

---

**From:** Brown, Ruth - OCIO-IRMC, Washington, DC <Ruth.Brown@USDA.gov>
**Sent:** Wednesday, February 16, 2022 8:03 AM
**To:** Bruns, Judith - OCIO-CIO, Grand Forks, ND <judith.bruns@usda.gov>
**Cc:** Jackson, Kimberly R. - OCIO-CIO - Washington, DC <kimberly.jackson@usda.gov>; Moses, Denessa - OCIO-CIO, Washington, DC <Denessa.Moses@usda.gov>; Harrell, Levi - OCIO-CIO, Washington, DC <Levi.Harrell@usda.gov>; Britt, Jada (CTR) - OCIO-CIO, Washington, DC <Jada.Britt@usda.gov>
**Subject:** Use of Electronic Identification Eartags as Official Identification in Cattle and Bison
**Importance:** High

I have reviewed the attached proposed rule and there are no issues with the rule or information collection activities within the rule. The CIO may sign off on the rule.

Requesting the CIO's signature and return of the clearance sheet to the IMD PRA Team by NLT 10:00 on Monday, February 28.


Thanks

AR-000042

Ruth Brown
Departmental Clearance Officer
Information Resource Management Center
Office of the Chief Information Officer
U.S. Department of Agriculture
1400 Independence Ave., SW Room 1226-S
202-720-8958 (Voice)
Ruth.Brown@usda.gov


.


Ruth Brown
Departmental Clearance Officer
Information Resource Management Center
Office of the Chief Information Officer

AR-000043