# Exhibit 5

Attachment to Email (Feb. 16, 2022)
"FW Use of Electronic Identification Eartags as Official Identification in
Cattle and Bison"
AR-001898

USDA

**United States Department of Agriculture**

---

**United States Department of Agriculture**

**Marketing and Regulatory Programs**

**Washington, DC 20250**

CLEARANCE SHEET FOR SIGNIFICANT REGULATORY ACTION

Docket No. APHIS-2021-0020
OBPA Work Plan No. 21-020-1
RIN 0579-AE64

Title: Use of Electronic Identification Eartags as Official Identification in Cattle and Bison

  X   This action has been determined to be "significant" under E.O. 12866 by OMB.

___   This action has been determined to be "economically significant" under E.O. 12866 by OMB.

The Office of the General Counsel completed its review for legal sufficiency on 11/18/21.

Upon receipt of your approval, this docket will be submitted to OMB for review.

ROSEMARY SIFFORD
Digitally signed by ROSEMARY SIFFORD
Date: 2021.12.16 09:20:33 -05'00'
_____                          _____
Deputy Administrator, Veterinary Services                      Date

JACK SHERE
Digitally signed by JACK SHERE
Date: 2022.01.13 09:06:23 -05'00'
_____                          _____
Administrator, Animal and Plant Health Inspection Service      Date

_____                          _____
Director, Office of Budget and Program Analysis                Date

_____                          _____
Chief Economist (Economic Analysis only)                       Date

_____                          _____
Director, Office of Risk Assessment and Cost-Benefit Analysis  Date

GARY WASHINGTON
Digitally signed by GARY WASHINGTON
Date: 2022.02.16 14:53:03 -05'00'
_____                          _____
Chief Information Officer                                       Date

_____                          _____
Office of Tribal Relations                                     Date

_____                          _____
Assistant Secretary for Civil Rights                           Date

_____                          _____
Under Secretary for Marketing and Regulatory Programs          Date

An Equal Opportunity Provider and Employer

AR-001898