# Exhibit 6

Email (Aug. 6, 2021)
"RE Docket No. APHIS-Use of Electronic Identification Eartags as
Official Identification in Cattle and Bison"
AR-000044

| From: | Scott, Aaron E - APHIS <aaron.e.scott@usda.gov> |
|---|---|
| Sent time: | 08/06/2021 01:44:48 PM |
| To: | Williams, Natalie S - APHIS <natalie.s.williams@usda.gov> |
| Cc: | Kaczmarski, Benjamin J - APHIS <benjamin.j.kaczmarski@usda.gov>; Burnett, Gwendolyn L - APHIS <gwendolyn.l.burnett@usda.gov>; Moore, Wanda L - APHIS <wanda.l.moore@usda.gov>; Belfar, Edward M - APHIS <edward.m.belfar@usda.gov> |
| Subject: | RE: Docket No. APHIS-Use of Electronic Identification Eartags as Official Identification in Cattle and Bison |
| Attachments: | 21-020-1 OAIDS DRAFT_ (Aa review8.6.21).docx |

Hi Natalie:
1. Final Rule- Approve as is
2. MRP memo: Approve as is
3. OAIDS document: Minor edits to table format and grammar and also deleted one paragraph with erroneous information. Attached in Track change.

*Aaron*

Aaron Scott DVM PhD DACVPM (epidemiology)
Director:  National Animal Disease Traceability and Veterinary Accreditation Center (NADTVAC)
USDA-APHIS-VS Strategy and Policy
Desk (970) 494-7249
Cell (970) 481-8214

2150 Centre Ave Blding B, MS3E87
Fort Collins, CO, 80526

---

**From:** Williams, Natalie S - APHIS <natalie.s.williams@usda.gov>
**Sent:** Thursday, August 5, 2021 4:15 PM
**To:** Scott, Aaron E - APHIS <aaron.e.scott@usda.gov>
**Cc:** Kaczmarski, Benjamin J - APHIS <benjamin.j.kaczmarski@usda.gov>; Burnett, Gwendolyn L - APHIS <gwendolyn.l.burnett@usda.gov>; Moore, Wanda L - APHIS <wanda.l.moore@usda.gov>; Williams, Natalie S - APHIS <natalie.s.williams@usda.gov>; Belfar, Edward M - APHIS <edward.m.belfar@usda.gov>
**Subject:** Docket No. APHIS-Use of Electronic Identification Eartags as Official Identification in Cattle and Bison

Hi Aaron,

Please see the attached docket and its supporting document(s) for staff initials, that are now ready for your review.

If approved "as is" or with changes, please email us with this indication of your approval.

Natalie Williams
Regulatory Analysis and Development
Ext -3132

AR-000044