# Exhibit 7

Excerpt from Module 12 ADT with RD comments
AR-000140

# Accredited Veterinarian's Role

Serve as Informed Source of Accurate Information

Give examples of some common questions and answers i.e. why don't brands work. Needs to be really simple.    Later we can direct them to comprehensive Q&As and talking points

USDA-APHIS                                                                                          AR-000140
National Veterinary Accreditation Program