# Exhibit 12

Excerpts from Regulatory Impact Analysis & Final Regulatory Flexibility Analysis
AR-000926–28; AR-000931; AR-000942–43; AR-000946–47; AR-000952–56

*The Disease Tracing Process*

State, Tribal, and Federal animal health officials begin the disease tracing process when there is a report or suspicion of a reportable animal disease in the domestic cattle herd. The first step in the disease tracing process is the identification of an animal that has a positive test result, lesions discovered at slaughter, or clinical signs of disease.  All official identification, such as an official EID eartag or an official metal eartag tags, and un-official identification, such as backtags and management tags and brands, on the animal are reported to State and Federal regulatory officials.[6]

At this point, the animals on the farm of interest are placed under quarantine and tested for the disease of concern.  If animals on the farm of interest have been tagged with EID tags, this phase of the investigation can proceed quickly and with minimal disruption to the herd. EID eartags may be read visually or electronically by scanning them with a reader. Reading eartags electronically requires minimal restraint of animals compared to the restraint of animals with metal tags because the electronic tag number is captured almost instantaneously. Notably, all Federal and State animal health officials have EID readers available.[7]  (All State and Federal animal health offices, and Tribes with an animal health authority have an EID reader.) If EID eartags are read visually, EID eartags still have benefits over metal eartags, as EID ear tags must meet certain standards, including readability standards: EID ear tags are required to be visually readable for a person with 20/20 vision (arm's length) viewing from two-and-a-half feet (30 inches).

If non-EID tags have been used this phase of the investigation can require extensive interaction with animals on the farm for quarantine and testing, which can disrupt normal herd operations. Metal eartags must be read visually, though they have no readability standards. Metal eartags require more restraint of animals and manual recording of the tag numbers, which can result in transcription errors and inaccurate records. The restraint increases the time spent handling individual animals, which increases animal stress and risk of injury to the animals or handlers. The increased animal handling results in longer disruption to the herd and decreased production, such as decreased milk production for dairy cattle.

The second step of the disease tracing process is locating records associated with the animal(s) to identify the origin of the animal. If the animal was tagged with an EID ear tag, the tag distribution records are in APHIS' Animal Identification Number Management System

---

[6] For example, State Veterinarians could be reading and recoding the animal's tag information and then in turn sharing this tag information with APHIS officials. For an exhaustive list of official forms of animal identification please consult 1) Title 9 of the Code of Federal Regulations at part 86 (CFR 86.1), or 2) the APHIS Veterinary Service website: https://www.aphis.usda.gov/traceability/downloads/adt-general-standards.pdf. (https://www.aphis.usda.gov/livestock-poultry-disease/traceability)

[7] For additional information about the APHIS Animal Disease Tracing Process please visit: https://www.aphis.usda.gov/livestock-poultry-disease/traceability. APHIS provides a simulated disease tracing scenario at:. https://www.aphis.usda.gov/livestock-poultry-disease/traceability

5

AR-000926

database (AIMS), which are easily accessible to animal health officials and provide the starting point for the trace. If the animal was tagged with a metal ear tag, there is no centralized tag distribution database and obtaining records often requires a lengthier search and further verification.

The third step of the disease tracing process is to construct the animal's movement history using all available documentation. An accurate movement history helps determine which animals and farms were exposed. As the tracing process continues, State, Tribal, or Federal animal health officials begin the disease response activities. This starts with a visit to the affected farm(s) to record official identification numbers of the animals and implement testing and vaccination as appropriate.

EID eartags facilitate faster and more accurate animal identification data collection during a disease trace, which increases the efficiency of the response activities, resulting in less disruption to the herd, and thus less impact on producers and communities. If metal ear tags have been used, the response activities take more time and require more interaction with animals due to the increased restraint needed to properly read the tag numbers. Metal tags also require manual data entry, increasing the likelihood of transcription errors. This time-consuming method is disruptive to normal herd operations, increases stress on the animals, and increases the risk of injury to animals and handlers. Ultimately, it increases the impact on producers and communities.

.

## Improvements in Traceability Performance over Time

APHIS partners with State animal health officials each year to test the performance of States' animal disease traceability systems in Traceability Performance Measure (TPM) exercises. In these exercises, State animal health officials are provided an official identification number that has been accurately entered into a data system, with the goal of conducting activities that are typically associated with trace investigations (trace-back or trace-forward) of a disease of livestock. In a particular exercise, the officials are asked to respond to one of the following questions, or TPMs, regarding the animal associated with the official identification number:

- In what State was an inbound animal officially identified prior to entering your State?
- Where in your State was the animal officially identified?
- From what State was an inbound animal shipped?
- From what location in your State was an outbound animal shipped?

The States' responses to the TPM exercise are measured against two values. "Percent Successful" reflects how often States retrieve the requested information for the exercise correctly, and "Time" reflects the average time that elapses for the State to complete the exercise. When recording the elapsed time, the start time is when the State is notified of the official identification number and the end time is when the State finds the information to answer the question posed by the exercise. Because each TPM addresses a different type of tracing activity typically associated with a trace investigation, each year three distinct exercises are conducted, and their results averaged.

6

*Figure 1: Each exercise measures the time required for State officials to trace the movement of an animal with an official ID tag number.  The average combined time for all States to complete three traces is used as an annual metric.  The baseline time for tracing prior to implementation of the 2013 regulation was 490 hours.  By FY2020, States had reduced that time to 11.5 hours (Figure 1). This suggests that it is over 42 times faster to trace an animal in FY2019 than it was prior to the implementation of the 2013 regulation. For additional information you can go to https://www.aphis.usda.gov/traceability/downloads/adt-trace-perf-report-2013-2022.pdf*

**Figure 1 - The Average Time to Complete Three Animal Traces has Decreased over Time**



*Note: The national baseline values were calculated using data collected in 2009, 2010, and 2011*
Source: USDA, APHIS. 2020. Animal Disease Traceability Performance Measures, Fifth Year Comparison to National Baseline Values, February 2020.

In 2020, USDA-APHIS altered the administration process for TPMs through a National Priority Tracing policy that required traces be administered with advance notice so that cooperators could prioritize them as if they were actual disease investigations.  The ability to prioritize traces further reduced trace completion times (i.e., the elapsed times).  By 2022, more than half of States were able to complete any one of the four trace exercises in about a half hour.

Although cooperators' abilities to complete the TPMs has improved, each year a portion of the TPMs could not be completed and were terminated due to an inability to locate records and data. For instance, from April 2021 to March in 2022, 30% of all trace exercises were conducted using metal NUES tags; however, 70% of the traces that were terminated were cases in which metal NUES tags had been used. This rule will eliminate approximately 11 percent of the cattle and bison population using NUES tags as we transition to electronic ear tags for the specified cattle and bison required to use them listed below.

7

AR-000928

that the official EID devices tend to fall off animals more frequently than the NUES tags. However, APHIS has assessed EID tags and found that they have long-term retention in cattle. Official RFID tag manufacturers are required to provide data that supports high long-term retention in cattle (including laboratory testing and field trials). Reports of tag retention failures of official tags are investigated and may result in removal of the company's approval for the tag. From between 2013 and 2022, only one company has had approval removed due to tag failure.

APHIS continues to assert that no additional costs will be borne by producers beyond the cost of purchasing EID tags.  Comments were received regarding the proposed rule and the potential for additional direct and indirect costs in terms of hardware, software, and labor to adhere to EID technology.  APHIS continues to contend that the implementation of this rule does not require producers and markets to purchase additional equipment (readers, computers, software, and labor requirements) to read or apply the tags.  Official EID tags can continue to be read in a visual manner and the numbers recorded manually, if the producers or market choose not to purchase electronic reading equipment.  If electronic readers are not available, the tag numbers may be read and recorded manually, as with the non-EID tags.

Public comments from the proposed rule also voiced concerns that EID tags requiring visual identification would incur additional read errors for manual transcription beyond the normal error rate for NUES tags.  APHIS contends that EID tags will have attributes to make manual transcription easier than previously available with NUES tags due to the visibility and enhanced readability of EID tags.[10]  In addition, 15-digit identification numbers of the animal identification numbering (AIN) system, currently used for all approved EID eartags, largely begin with the same 6 digits.  The first 3 digits of an AIN comprise the country code, which, for the United States, is 840.  Because the last 12 digits comprise the animal number that is assigned sequentially from a start number of 003,000,000,000, the 3 digits following the country code of most EID eartags in current use are 003.  Given this repetition of digits, it is our view that transcription error is not likely to increase.

As illustrated in Figure 3, the final rule requires that all newly approved official EID tags have a visual component and be easily and reliably readable for a person with 20/20 vision viewing from two-and-a-half feet (30 inches).  This requirement should make the EID tags substantively easier to read than the current metal NUES tags that are currently used, which have no readability standards.

Historically, APHIS has provided States with approximately 4 million metal 'brite' identification tags per year and 4 million metal brucellosis vaccination tags per year. Based on conversations with State officials, APHIS estimates that States have purchased and supplied producers with approximately an additional 2.5 million official metal identification tags per year. Approximately 500,000 plastic non-EID visual official identification tags per year are purchased

---

[10]  EID tags will allow an individual with 20/20 vision to view these tags clearly from two-and-a-half feet or 30 inches.  (see Federal register publication https://www.aphis.usda.gov/sites/default/files/traceability-final-rule.pdf)

10

state, whether cattle are tagged for a regulatory program).  Assuming that there are 856,916 cattle and bison operations, the average cost of FDX eartags will range from $26.24 to $29.45 per operation, and from $31.13 to $34.73 for HDX eartags (Table 2)[26].  While FDX and HDX are currently the only available EID tags on the market today, APHIS will accept different tag technologies as they become available.

The total average annual cost of purchasing NUES tags will range from approximately 3.1 million to 3.4 million dollars, depending on the cost distribution model (Table 3). The average annual cost of tags will be approximately 3.3 million dollars.

**Table 3. Total Annual Costs to the Cattle and Bison Industry/Operation for NUES Tags**

|  | Total Annual Cost to the Industry | Average Annual Cost Per Operation |
|---|---|---|
| *(Cost Distribution Method 1)* | $3,426,834.00 | $4.00 |
| *(Cost Distribution Method 2)* | $3,119,028.00 | $3.64 |
| **Average Annual Costs** | **$3,272,931.00** | **$3.82** |

Source: APHIS, using data from the NASS Cattle report, the 2017 and 2007 Census of Agriculture, and retailers of EID tags (see Appendix A).

Given the estimated costs of EID and NUES tags, and assuming that the Federal government does not provide either NUES or EID tags free of charge in the future, the cost of the rule is expected to be approximately 26.1 million dollars[27].

## Expected Benefits:

EID eartags, such as RFID (FDX or HDX) eartags, may be read visually, without the use of additional equipment. In fact, the EID referred to in this rule should be easier to read than

---

[26] Using not only NASS and Census information but also information from the National Cattlemen's +beef association from 2010 to 2021 to average the values out due to the cattle cycle we found on average approximately 855,141 cattle operation plus 1,1775 bison operation on average over that ten-year time period.

[27] Total cost of the rule is $26.1 million or the average annual cost of EID tags $29.3 (table 2) minus the forgone costs of average annual NUES tags $3.2 million (table 3). The average annual cost per operation for EID tags is $30.39 or average annual cost per operation is $34.21 (table 2) minus forgone NUES tags cost per operation of $3.82 (table 3).

21

AR-000942

most visual-only tags (see Figure 3). The EID tags will be imprinted with ¼ inch high lettering on a bright, contrasting background. Visual only, metal, NUES tags have relatively small lettering engraved into the tag itself. Unlike most visual only tags, all official EID tags must be reliably read by a person with 20/20 vision viewing from 2.5 feet (30 inches). Though this RIA does not quantify the benefits associated with improvements in the readability of eartags, we do expect these improvements to facilitate many herd management practices.

EID eartags can also be read using an RFID reader. This reader sends a radio signal of a specific frequency to the eartag and records the number that comes back from the eartag. Once a signal is received from the reader, the eartag transmits the identity of an animal in the form of a unique 15-digit sequence of numbers. The 15-digit sequence begins with the country code (e.g., 840 for US born animals) and is followed by 12 digits.

Official USDA-APHIS EID eartags have no batteries or active transmission of information. Depending on the type of tag and antennae (e.g., ultra-high frequency or low frequency), the reader may collect signals from distances of several inches to 20 feet or more. Reading eartags electronically does not require restraint of animals because animal identification information is captured almost instantaneously by scanning the eartag with a reader. Once the tag is scanned, the electronically collected tag number may be rapidly and accurately transmitted to a connected database. Electronic databases store only data associated with an eartag number that is necessary to perform traceability of animals; no business practices or other financial or competitive information will be obtained or stored. Once data is entered, databases may be quickly searched.

With visual only eartags, the animal must be restrained to allow the eartag number to be read and transcribed. Often, the eartag must also be cleaned before the number can accurately be read. Visual eartag numbers may be recorded on paper, or manually entered into a database. Errors are more likely to occur while reading, transcribing, or entering the eartag numbers manually into a database.

EID eartags also help animal health officials more quickly locate the records associated with an animal during a disease trace to identify the origin of the animal. If the animal was tagged with an EID ear tag, the tag distribution records are in APHIS' Animal Identification Number Management System database (AIMS), which are easily accessible to animal health officials and provide the starting point for the trace. If the animal was tagged with a metal eartag, there is no centralized tag distribution database and obtaining records often requires a lengthier search and further verification.

For the purposes of this RIA, it is assumed that the benefits associated with animal disease tracing stem from the use of EID readers by State and Federal animal health officials during the "response phase" of a disease outbreak. The "response phase" is the phase of the outbreak during which a State or Federal animal health official visits a farm to review farm records, inspect animals for clinical signs of disease, and discuss the need for quarantines and additional testing. We have explained this process above in the overview of the disease tracing and disease response process.

22

by 68% to 97%.[39] Depending on the introduction scenario, Elbakidze et al. found that enhancing herd surveillance could decrease costs by 23% to 77%. These results suggest that improvements to practices intended to identify diseased cattle (such as the use of EID) can confer substantial benefits. Interviews conducted by APHIS Veterinary Services suggests that transitioning from visual to electronic identification devices can cut the time it takes to scan animals in a herd by approximately 50%.[40]

When outbreaks of FMD (or any of the aforementioned livestock diseases) occur, the use of EID eartags can help limit their size and scope, thus reducing the number of animals that are depopulated, the impact to producers and communities, and the probability that trade restrictions are imposed.

Given the large number of diseases that could affect cattle and bison populations, and uncertainty about the economic impacts of outbreaks of these diseases, it is difficult to quantify the benefits of transitioning from visual to EID eartags. However, if there was a one in a hundred chance of a $6 billion outbreak occurring each year, and if the transition from visual only to EID tags decreased the damages associated with outbreaks by 50%, the marginal benefit of the rule will be approximately $30 million dollars per year.[41]  We assume that the benefits associated with the rule are proportional to 1) the cost of the disease, 2) the disease incidence (i.e. the probability that a disease occurs in any given year), and 3) the percent reduction in damages associated with the shift from visual eartags to EID. This implies that doubling any of the aforementioned factors will double the benefits associated with the rule.

## Alternatives to the Rule

APHIS considered a number of alternatives to this rule. These alternatives included 1) not requiring the use of electronic identification devices, and 2) requiring producers to use electronic identification devices and purchase readers.

### *Status Quo – Not Requiring the Use of EID Eartags*

One alternative to the rule considered by APHIS is the current status quo. Specifically, APHIS could continue to allow cattle and bison operations to use metal "brite" or brucellosis vaccination tags. Under this alternative, cattle and bison producers' costs will be approximately $23 million dollars per year lower than in the final rule. However, they will also forego the benefits associated with enhancements in Animal Disease Traceability.

---

[39] Elbakidze, L., L. Highfield, M. Ward, McCarl, B.A. and Norby, B. 2009. Economics analysis of mitigation strategies for FMD introduction in highly concentrated animal feeding regions. Applied Economic Perspectives and Policy, 31(4): 931-950. (https://ageconsearch.umn.edu/record/6162/?ln=en&v=pdf)

[40] USDA, APHIS. 2022. Benefits of Electronically Readable Ear tags versus Visual Only Ear Tags (draft). Available upon request. Contact Christina Krasilinec at christina.m.krasilinec@usda.gov.

[41] The formula used to calculate the marginal benefits associated with the  rule is $MB = (Cost\ of\ an\ Outbreak) * (Probability\ of\ Disease) * (Percent\ Change\ in\ Damages\ Due\ to\ EID\ Use)$.

25

Given that there are various diseases of consequence, each of which has a different probability of occurrence and expected cost, it is difficult to quantify the expected benefits of improvements in animal disease traceability stemming from the transition to electronic identification devices. Generally, APHIS expects the benefits of the final rule to exceed the costs. However, the costs may exceed the benefits if: 1) the probability of disease outbreaks are lower than anticipated, 2) the economic costs associated with disease outbreaks are lower than anticipated, or 3) if the transition from visual to EID tags decreases the costs associated with outbreaks by less than expected.

Regardless, in cases where there are low probabilities of catastrophically bad events (like outbreaks of FMD or BSE) occurring, a simple comparison of expected costs and expected pecuniary benefits may understate the benefits to stakeholders. Conceptually, this is because stakeholders may be risk averse. If so, then they may be willing to pay a premium to mitigate the impacts of natural disasters.

State, Tribal, Federal, and private entities have clearly stated to APHIS that the best assistance APHIS can offer during disease outbreaks is the ability to trace animals quickly and efficiently, thus limiting the impact to domestic cattle/bison farmers and ranchers as well as protecting our international trade markets. For these reasons and based on our analysis of the expected costs and benefits of the final rule, APHIS rejected the alternative of not mandating the transition to electronic identification devices.

*Requiring the use of electronic identification devices and electronic readers*

One alternative to the final rule is to require cattle and bison operators to purchase electronic identification devices and EID readers. Recent work by Shear and Pendell (2020) suggests that an alternative like this could cost wholesale beef, feeder cattle, and slaughter cattle operations approximately 566 million dollars in the short run.[42] They find that requiring cattle operations to purchase readers and EID would increase retail and wholesale beef prices, while decreasing imports, exports, and domestic beef consumption. Government cost sharing or increases in demand for beef attributable to better traceability, could offset these costs.

## Final Regulatory Flexibility Analysis

The Regulatory Flexibility Act requires agencies to evaluate the potential effects of their proposed and final rules on small businesses, small organizations, and small governmental jurisdictions.  This final regulatory flexibility analysis describes expected impacts of this rule on small entities, as required by section 603 of the Act.

---

[42] Shear, H. and D. Pendell. 2020. Economic Cost of Traceability in U.S. Beef Production. Frontiers in Animal Science 1, 552386: 1-6. doi: 10.3389/fanim.2020.552386.
(https://www.researchgate.net/publication/347686080_Economic_Cost_of_Traceability_in_US_Beef_Production)

26

AR-000947

# Appendix A: Estimating Average Costs for EID and NUES Tags

We used two different methods to calculate the estimated average cost per tag, based on different tag distribution models.  Cost comparison included the visual non-EID NUES tags and the two types of low frequency EID ear tags (i.e., HDX and FDX).  Ultra-High frequency (UHF) tags were not included in the analysis because there are currently no commercially available UHF official eartags.

## *Tag Cost Estimate Method 1*

This estimate is based on the assumption that accredited veterinarians/clinics and livestock markets are responsible for acquiring and distributing half of the ear tags applied.  Generally, this assumption reflects the existing distribution pattern for identification tags.

The cost of EID official identification tags varies by tag type and quantity purchased.  As illustrated in Table A1, we found that the cost per FDX tag in August 2022 ranged from $2.00 for large quantities (5,000 more) to $3.45 for smaller quantities (20 tags).  We found that advertised retail price per HDX tag in August 2022 ranged from $2.32 for large quantities (5,000 or more) to $3.65 for small quantities (20 tags).  The retail price for NUES tags ranged from $0.43 to $0.192. Depending on the tag type, many vendors that handle official ID tags offer volume discounts and free shipping for large orders.

Market research suggests that FDX prices range from approximately $2.00 to $3.45 per tag depending on whether an operation is large or small. Smaller operations pay a retail price of approximately $2.35 per tag (for a quantity of 20). They pay approximately 15% extra ($0.35 per unit) for shipping and approximately 32% extra ($0.75 per unit) in service charges. Large quantities can be purchased at a cost of approximately $2.00 per unit. Neither shipping nor service charges are assessed to these larger orders.

HDX prices range from approximately $2.37 to $3.65 per tag. Smaller operations pay a retail price of approximately $2.90 per tag (for a quantity of 20). They tend not to pay for shipping but pay approximately 26% extra ($0.75 per unit) in service charges. Large quantities can be purchased at a cost of approximately $2.32 per unit. Neither shipping nor service charges are assessed to these larger orders.

NUES prices range from approximately $0.19 to $0.43 per tag. Smaller operations pay a retail price of approximately $0.27 per tag (which are purchased in quantities of 100). They pay approximately 60% extra ($0.16 per unit) in shipping charges. Large quantities can be purchased at a retail cost of approximately $0.10 per unit. However, an additional $0.09 per unit (almost 90% of the retail cost) is added for shipping.

The majority of official metal identification tags currently distributed by APHIS are used by veterinarians/clinics and livestock markets as official identification for animal movements or regulatory programs such as brucellosis and tuberculosis.  Veterinarians/clinics and livestock markets are high volume users and receive tags at the lowest advertised prices.

31

AR-000952

We assume that half of all eartags will be purchased in quantities of a few dozen ($3.45 per tag for FDX, $3.65 for HDX, and $0.43 for NUES tags), and that the other half of eartags will be purchased in larger discounted quantities of 5,000 or more tags at ($2.00 for FDX, $2.32 for HDX, and $0.192 for NUES tags). Given these assumptions, the average cost for FDX eartags is $2.72, the average cost for HDX eartags is $2.99, and the average cost of NUES tags is 0.31.

**Table A1. EID tag prices based on volume (including shipping costs)**

| Number of Tags Purchased | Cost per FDX Tag | Cost per HDX Tag | Cost per NUES Tag |
|---|---|---|---|
| 20 tags | $3.45 | $3.65 | - |
| 100 tags | $2.60 | $3.15 | $0.430 |
| 200 tags | $2.47 | $2.90 | $0.331 |
| 300 tags | $2.35 | $2.90 | $0.294 |
| 400 tags | $2.35 | $2.90 | $0.283 |
| 500 tags | $2.00 | $2.34 | $0.240 |
| 600 tags | $2.06 | $2.43 | $0.236 |
| 700 tags | $2.10 | $2.50 | $0.234 |
| 800 tags | $2.13 | $2.55 | $0.232 |
| 900 tags | $2.15 | $2.59 | $0.206 |
| 1000 tags | $2.00 | $2.34 | $0.206 |
| 5000 or more tags | $2.00 | $2.32 | $0.192 |
| **Average or Highest and Lowest Costs** | **$2.72** | **$2.99** | **$0.31** |

As illustrated in Table A2, this approach implies that the total annual cost for the U.S. cattle industry to use FDX eartags ranges from $28.9 million to $31.1 million, with an average cost of $30.0 million. The total estimated cost to the bison industry ranges from $48.5 thousand to $69.5 thousand, with an average cost of $58.0 thousand.

The total estimated annual cost for the U.S. cattle industries to use HDX eartags ranges from $31.6 million to $34.0 million, with an average cost of $32.8 million. The total estimated annual cost for the bison industry is $53.1 thousand to $71.1 thousand, with an average cost of $63.6 thousand.

If the Federal and State governments did not distribute NUES tags free of charge, then the total estimated annual cost for the U.S. cattle industries to use these eartags will range from $3.3 million to $3.5 million, with an average cost of $3.4 million. The total estimated annual cost for the bison industry ranges from $5.5 thousand to $7.9 thousand, with an average cost of $6.6 thousand.

32

AR-000953

**Table A2. Method 1: Range of Aggregate Annual Costs**

|  |  | Cattle | Bison |
|---|---|---|---|
| **Number of Eartags** | Low Estimate | 10,600,000 | 17,800 |
|  | Av. Estimate | 11,000,000 | 21,300 |
|  | High Estimate | 11,400,000 | 25,500 |
| **FDX Costs** | Low Estimate | $28,871,220 | $48,482 |
|  | Av. Estimate | $29,960,700 | $58,015 |
|  | High Estimate | $31,050,180 | $69,454 |
| **HDX Costs** | Low Estimate | $31,642,247 | $53,135 |
|  | Av. Estimate | $32,836,294 | $63,583 |
|  | High Estimate | $34,030,341 | $76,121 |
| **NUES Costs** | Low Estimate | $3,297,660 | $5,538 |
|  | Av. Estimate | $3,422,100 | $6,626 |
|  | High Estimate | $3,546,540 | $7,933 |

*Tag Cost Estimate Method 2*

This estimate is based on the assumption that producers purchase official identification tags from vendors rather than from accredited veterinarians/clinics or livestock markets.

As illustrated in Table A3, the 2017 NASS Census of Agriculture suggests that 51 percent of all cattle are in herds greater than 500, that 29.6 percent of cattle are in herds with 100 to 499 head, and that 19.4 percent of cattle are in herds smaller than 100 head.[50] We calculate average costs of tags for each of the herd size categories reported in the Census.

It is explicitly assumed that small growers buy the minimum advertised lot size and use the extra tags in subsequent years. For instance, a grower needing only 5 EID tags in a given year might buy 20 tags and use the surplus 15 tags in the three subsequent years. Larger producers buy the minimum necessary lot to fulfill their needs. For instance, an operation needing 5201 tags might purchase two lots of 2600 and a lot of 20. As with smaller growers, it is assumed that surplus tags are used in subsequent years.

---

[50] USDA, NASS. 2017. 2017 Census of Agriculture, Table 12. Cattle and Calves - Inventory: 2017 and 2012. Available at:
https://www.nass.usda.gov/Publications/AgCensus/2017/Full_Report/Volume_1,_Chapter_1_US/usv1.pdf. Last accessed on August 12, 2022.

33

AR-000954

**Table A3. EID tag costs based on herd size.**

| Herd size | Percentage of Tags | Average Cost per FDX Tag | Average Cost per HDX Tag | Average Cost per NUES Tag |
|---|---|---|---|---|
| 1 to 9 heads | 1.2% | $3.45 | $3.65 | $0.430 |
| 10 to 19 heads | 2.3% | $3.45 | $3.65 | $0.430 |
| 20 to 49 heads | 7.1% | $2.69 | $3.23 | $0.430 |
| 50 to 99 heads | 8.8% | $2.57 | $3.17 | $0.430 |
| 100 to 199 heads | 11.7% | $2.50 | $2.99 | $0.377 |
| 200 to 499 heads | 17.9% | $2.23 | $2.66 | $0.280 |
| 500 to 999 heads | 12.9% | $2.08 | $2.46 | $0.227 |
| 1,000 to 2,499 heads | 12.0% | $2.04 | $2.39 | $0.206 |
| 2,500 to 4999 heads | 7.0% | $2.02 | $2.34 | $0.204 |
| 5,000 or more heads | 19.1% | $2.01 | $2.32 | $0.192 |
| **Average Cost Per Tag** | **100%** | $2.27 | $2.68 | $0.283 |

Note: It is assumed that herds are uniformly distributed (by size) within a size category.

As illustrated in Table A4, this approach implies that the total annual cost for the U.S. cattle industry to use FDX eartags ranges from approximately $24.0 million to $25.9 million, with an average cost of $25.0 million. The total estimated cost to the bison industry ranges from approximately $40.4 thousand to $57.9 thousand, with an average cost of $48.4 thousand.

**Table A4. Method 2: Range of Aggregate Annual Costs**

| | | Cattle | Bison |
|---|---|---|---|
| **Eartags** | Low Estimate | 10,600,000 | 17,800 |
| | Av. Estimate | 11,000,000 | 21,300 |
| | High Estimate | 11,400,000 | 25,500 |
| | | | |
| **FDX Costs** | Low Estimate | $24,062,000 | $40,406 |
| | Av. Estimate | $24,970,000 | $48,351 |
| | High Estimate | $25,878,000 | $57,885 |
| | | | |
| **HDX Costs** | Low Estimate | $28,408,000 | $47,704 |
| | Av. Estimate | $29,480,000 | $57,084 |
| | High Estimate | $30,552,000 | $68,340 |
| | | | |
| **NUES Costs** | Low Estimate | $2,999,800 | $5,037 |
| | Av. Estimate | $3,113,000 | $6,028 |
| | High Estimate | $3,226,200 | $7,217 |

34

AR-000955

The total estimated annual cost for the U.S. cattle industries to use HDX eartags ranges from approximately $28.4 million to $30.6 million, with an average cost of $29.5 million. The total estimated annual cost for the bison industry ranges from approximately $47.7 thousand to $68.3 thousand, with an average cost of $57.1 thousand.

If the Federal and State governments did not distribute NUES tags free of charge, then the total estimated annual cost for the U.S. cattle industries to use these eartags will range from approximately $3.0 million to $3.2 million, with an average cost of $3.1 million. The total estimated annual cost for the bison industry will range from approximately $5.0 thousand to $7.2 thousand, with an average cost of $6.0 thousand.

35

AR-000956