UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND UNITED STOCKGROWERS OF AMERICA; SOUTH DAKOTA STOCKGROWERS ASSOCIATION; FARM AND RANCH FREEDOM ALLIANCE; KENNY FOX; ROXIE FOX; RICK FOX, THERESA FOX, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; ANIMAL AND PLANT HEALTH INSPECTION SERVICE; MICHAEL WATSON, in his official capacity as Administrator of the Animal and Plant Health Inspection Service; BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture, <br><br> Defendants. | 5:24-CV-05085-ECS <br><br> ORDER GRANTING CONSENT MOTION FOR STAY OF PROCEEDINGS |

Defendants "request that the Court vacate all current deadlines and stay all further proceedings in this case for a period of ninety (90) days." Doc. 53 at 1. Plaintiffs have agreed that a stay is appropriate. Id. "If the parties have not resolved this matter within ninety (90) days, they propose that they file a joint status report within fourteen (14) days of the stay's expiration proposing a course for further proceedings in this matter." Id. The parties note that good cause supports the request to stay because they are actively conferring about potential settlement. Id.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254 (1936). Accordingly, this Court grants the Consent Motion for Stay of Proceedings for 90 days and requires, if the matter is not resolved during the stay, the parties to file a joint status report within 14 days of the stay's expiration with a proposal for moving this matter forward. The Court intends to expeditiously proceed with oral argument in this matter if the case is not resolved. It is

ORDERED that the Consent Motion for Stay of Proceedings, Doc. 53, is granted. The Court stays this entire case and vacates all current deadlines for a period of 90 days. It is further

ORDERED that if the parties have not resolved the case within the 90 days, they shall file a joint status report within 14 days of the stay's expiration.

DATED this 2nd day of June, 2026.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE