**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Eric C. Schulte, United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy: AKW | Court Reporter: Tricia Bernstein |
| Courtroom: SF #2 | Date: November 17, 2026 |

5:24-cv-05085-ECS

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND UNITED STOCKGROWERS OF AMERICA, et. al.<br><br>Plaintiff,<br><br>vs. | Kara M. Rollins<br>John J. Vecchione |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et. al.<br><br>Defendant. | Taylor Pitz |

TIME HEARING SCHEDULED TO BEGIN: 3:00 PM

<u>TIME:</u>

3:10 PM Motion hearing commences.

Discussions are held and oral arguments are made.

Court will take the matter under advisement and issue a written opinion and order.

4:35 PM Court is adjourned.